ACCEPTED
03-14-00682-CR
4489523
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/13/2015 11:29:15 AM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-14-00682-CR

| | | |
|---|---|---|
| PETER EZEBUNWA | § | IN THE THIRD COURT |
| Appellant, | § | |
| | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | |
| V. | § | OF APPEALS 3/13/2015 11:29:15 AM |
| | § | JEFFREY D. KYLE<br>Clerk |
| THE STATE OF TEXAS | § | |
| Appellee, | § | STATE OF TEXAS |

## FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES PETER EZEBUNWA, Appellant, by and through their attorney, Amber Vazquez Bode, and file this **First Motion for Extension of Time to File Appellant's Brief**. In support thereof Appellant offers as follows:

1. According to the Texas Rules of Appellate Procedure Rule 38.6 Time to File Briefs:

**"(a) Appellant's Filing Date.** Except in a habeas corpus or bail appeal, which is governed by Rule 31, an appellant must file a brief within 30 days-20 days in an accelerated appeal-after the later of:

   (1) The date the clerk's record was filed; or

   (2) The date the reporter's record was filed."

2. The Reporter's Record was filed on March 2, 2015.

3. The appellant's brief is due on April 6, 2015.

4. The Appellant cites the following facts and reasons to the Court as Justification for this Motion for Extension:

a) Counsel has a Hays County trial, cause number **CR-13-0465** on April 6, 2015 that she will be preparing for.

b) Furthermore, counsel has a Federal setting, docket number **1:14-cr-00309-LY-2** on April 6, 2015 that she is also preparing for.

5.    Appellant hereby requests an extension of 30 days due to the stated reasons.

6.    Appellant respectfully requests a brief extension of 30 days in order to receive proper research for the case.

The Appellant respectfully requests that this court GRANT the First Motion for Extension of Time to File Appellant's Brief.

Respectfully submitted,

Amber Vazquez Bode
State Bar No. 24039225
The Vazquez Law Firm
1004 West Ave.
Austin, Texas 78701
(512) 220-8507 (telephone)
(512) 480-0760 (facsimile)

**COUNSEL FOR APPELLANT**

## CERTIFICATE OF SERVICE

I, AMBER VAZQUEZ BODE, Attorney for Appellant, do hereby certify that a true and correct copy of the above and foregoing **First Motion for Extension of Time to File Appellant's Brief** has been served electronically on March 13, 2015.

_____
AMBER VAZQUEZ BODE
Attorney for Appellant

Third Court of Appeals
Price Daniel Sr. Bldg.
209 West 14th Street, Room 101
Austin, Texas 78701

Ms. Ellie Klemens
Official Court Reporter

427th Judicial District Court
Blackwell-Thurman Justice Center
509 West 11th Street- 3rd Floor
Austin, Texas 78701

Travis County District Attorney
Appellate Division
509 West 11th Street
Austin, Texas 78701

Travis County District Clerk
509 West 11th Street, Room 1.400
Austin, Texas 78701

The Honorable Jim Coronado
427th District Court
Blackwell-Thurman Justice Center
509 West 11th Street-3rd Floor
Austin, Texas 78701

Ms. Anita Martinez
Official Court Reporter
District Magistrate
509 West 11th St.
Austin, Texas 78701

Ms. Nikki Barr
Official Court Reporter
13622 Brooke Green Dr.
Dallas, Texas 75240

Ms. Nikki Edwards
Official Court Reporter
PO Box 2141
Round Rock, TX 78680

## CAUSE NO. 03-14-00682-CR

| | | |
|---|---|---|
| PETER EZEBUNWA<br>　　Appellant, | §<br>§<br>§<br>§ | IN THE THIRD COURT |
| V. | §<br>§ | OF APPEALS |
| THE STATE OF TEXAS<br>　　Appellee, | §<br>§<br>§ | STATE OF TEXAS |
| | § | |

## ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO FILE

## APPELLANT'S BRIEF

After considering the **First Motion for Extension of Time to File Appellant's Brief** the Court has determined that the motion is OF MERIT and is GRANTED/DENIED.

IT IS SO ORDERED on this _____ day of _____, 2015.

_____
JUDGE PRESIDING